UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARMEN RODRIGUEZ,

      Plaintiff,

v().                                   Case No. 8:05-CV-1295-T-24TBM

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

      Defendant.
_____/

## **O R D E R**

This cause comes before the Court on its own. The mediation deadline in this case is July 21, 2006. Plaintiff is directed to file a notice by June 23, 2006, that informs the Court of the date of the parties' mediation and the mediator that the parties have selected.

**DONE AND ORDERED** at Tampa, Florida, this 8th day of June, 2006.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record